## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO - WESTERN DIVISION

Linda Zbacnik,

                    Plaintiff,

      – against–

Barclays Bank Delaware and Trans Union, LLC

                    Defendant(s).

Civil Action No. 1:21-cv-372

Judge Douglas R. Cole

**NOTICE OF SETTLEMENT AS TO DEFENDANT BARCLAYS BANK DELAWARE**

      Plaintiff Linda Zbacnik and Defendant Barclays Bank Delaware respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing settlement documents and stipulated dismissal. The parties intend to file the stipulated dismissal as soon as practicable, but respectfully request that the parties be given 60 days.

/s/ Thomas G. Widman
Thomas G. Widman, Esq. (Bar No. 0059259)
LAW OFFICES OF ROBERT S. GITMEID & ASS, PLLC
30 Wall Street, 8th Floor #741
New York, NY 10005
Tel: (866) 249-1137
E-mail: thomas.w@gitmeidlaw.com
*Attorneys for Plaintiff*

/s/ John E. Joseph
John E. Joseph (Bar No. 0074445)
HOLLAND & KNIGHT LLP
2929 Arch St., Suite 800
Philadelphia, PA 19104
Tel: 215-252-9576
E-mail: john.joseph@hklaw.com
*Attorneys for Defendant Barclays Bank Delaware*