# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO (CINCINNATI)

LINDA ZBACNIK,　　　　　　　　　　　　　　CASE NO. 1:21-cv-00372-DRC
　　　　Plaintiff,

　　vs.　　　　　　　　　　　　　　　　　　　JUDGE Douglas R. Cole

BARCLAYS BANK DELAWARE and
TRANS UNION LLC,
　　　　Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Linda Zbacnik ("Plaintiff"), by counsel, and Defendant Barclays Bank Delaware ("Barclays"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Barclays should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


Date:  __April 29, 2022____　　　　　　　　/s/ *Thomas Widman*_____
　　　　　　　　　　　　　　　　　　　　　　Thomas Widman, Esq.
　　　　　　　　　　　　　　　　　　　　　　Law Offices of Robert S. Gitmeid &
　　　　　　　　　　　　　　　　　　　　　　　  Associates, PLLC
　　　　　　　　　　　　　　　　　　　　　　30 Wall Street, 8th Floor #741
　　　　　　　　　　　　　　　　　　　　　　New York, NY  10005
　　　　　　　　　　　　　　　　　　　　　　Telephone:  (866) 249-1137
　　　　　　　　　　　　　　　　　　　　　　Fax:  (212) 208-2591
　　　　　　　　　　　　　　　　　　　　　　E-Mail:  Thomas.w@gitmeidlaw.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Linda Zbacnik*

| | |
|---|---|
| Date:  __April 29, 2022____ | */s/ John E. Joseph*_____<br>John E. Joseph<br>  (OH #0074445)<br>Holland & Knight LLP<br>2929 Arch St., Suite 800<br>Philadelphia, PA 19104<br>Telephone:  215-252-9576<br>Fax:  215-867-6070<br>E-Mail:  john.joseph@hklaw.com<br><br>*Counsel for Defendant Barclays Bank Delaware* |